IN THE UNITED STATES OF AMERICA
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00513-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY S. DEEDON,

    Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

**IT IS HEREBY ORDERED** that a Supervised Release Revocation Hearing will be held on **April 24, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 19th day of February, 2008.

                **BY THE COURT:**

                *Marcia S. Krieger*
                ―――――――――――――――
                Marcia S. Krieger
                United States District Judge