IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00513-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GARY DEEDON,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Gary Deedon, date of birth June 3, 1975, USMS # 32164-013, booking number 0800006998, before a United States District Court Judge, April 24, 2008 at 4:0 p.m. for a Supervised Release Hearing, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 21st day of April, 2008.

                            **BY THE COURT:**

                            *Marcia S. Krieger*
                            _____

Marcia S. Krieger
United States District Judge